UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:23-cr-00092 |
| ) | JUDGE RICHARDSON |
| [1] MAKSIM GALOCHKIN ) | |
| [2] MAKSIM RUDENSKIY ) | |
| [3] MIKHAIL MIKHAILOVICH TSAREV ) | |
| [4] AUDREY YURYEVICH ZHUIKOV ) | |

## **ORDER**

The Government is directed to provide a status update as to this case by September 2, 2025.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE